FILED
 2007 Nov-08 AM 08:13
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| THOMAS JAMES ROBERTS,       ) | |
|                                                          ) | |
| Plaintiff,                         ) | |
|                                                          ) | |
| vs.                                          ) | Case No.   CV 07-S-409-NE |
|                                                          ) | |
| COLBERT COUNTY, ALABAMA, ) | |
| et al.,                                    ) | |
|                                                          ) | |
| Defendants.                   ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 2, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on July 13, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is

due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

      DONE this 7th day of November, 2007.

                                          /s/ Lynwood Smith
                                          United States District Judge